No. 1019. WELCH MANUFACTURING COMPANY, PETITIONER, *v.* SAMUEL D. YOUNG, TRUSTEE. April 7, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for .the First Circuit denied. *Mr. Fred L. Chappell* and *Mr. Wm. S. Hodges* for the petitioner. *Mr. Nathan Heard* and *Mr. Chas. E. Riordan* for the respondent.

---

No. 1024. THE PORTLAND GOLD MINING COMPANY ET AL., PETITIONERS, *v.* CHARLES DANIELS ET AL. April 7, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Chas. S. Thomas, Mr. Wm. H. Bryant, Mr. Wm. P. Malburn,* and *Mr. Geo. L. Nye* for the petitioners. *Mr. Edward C. Stimson* and *Mr. James J. Banks* for the respondents.

---

No. 1004. WARNER U. GRIDER ET AL., PETITIONERS, *v.* MINNIE C. GROFF ET AL. April 14, 1913. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Aldis B. Browne, Mr. Frank Doster, Mr. Hunter M. Meriwether, Mr. Alexander Britton* and *Mr. Evans Browne* for the petitioners. No appearance for the respondent.